# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA VILLA,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:21-cv-00507-SAB<br><br>ORDER RE: STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

On March 15, 2022, the parties submitted a stipulated request for a thirty-day extension of time to file Plaintiff's opening brief from April 1, 2022 to May 2, 2022. (ECF No. 14.) Counsel proffers good cause exists to grant the extension due to the number of merits briefs being due on the same week and through the months of March and April. The Court finds good cause exists to grant the requested extension and to extend Plaintiff's deadline to file an opening brief.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until May 2, 2022, to file Plaintiff's opening brief; and
2. All remaining deadlines as set forth in the amended scheduling order (ECF No. 13) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **March 15, 2022**

UNITED STATES MAGISTRATE JUDGE