# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA VILLA,<br><br>  Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-00507-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 13, 15, 17) |

  On April 29, 2022, the parties submitted a stipulated request for an extension of time, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 17.) This is the parties' second stipulated request for an extension of time to file the opening brief. (See ECF No. 15.) The parties seek a thirty-day extension of time to file Plaintiff's opening brief from May 2, 2022, to June 1, 2022. The parties proffer good cause exists because counsel has multiple briefs due the same day as in the instant matter; counsel is also currently caring for her ill father in Houston, Texas and therefore requires additional time to file the brief. The Court is sufficiently satisfied that good cause exists to grant the requested extension.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until **June 1, 2022**, to file Plaintiff's opening brief; and
2. All remaining deadlines as set forth in the amended scheduling order (ECF No. 13) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**May 2, 2022**__

UNITED STATES MAGISTRATE JUDGE