# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA VILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:21-cv-00507-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 22) |

On July 13, 2022, the parties filed a stipulated motion requesting the deadline for Defendant to file an opposition brief be extended from July 18, 2022, to August 17, 2022. (ECF No. 22.) The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the deadline to file Defendant's opposition brief is extended until August 17, 2022.

IT IS SO ORDERED.

Dated:  **July 13, 2022**

UNITED STATES MAGISTRATE JUDGE

1